Ruben A. Castellón (SBN 154610)
RAF LAW GROUP
811 Wilshire Blvd., Suite 1050
Los Angeles, California 90017
Telephone:  (213) 623-7515
Facsimile:  (213) 532-3984
rcastellon@raflawgroup.com

Attorneys for Defendants
C&M METALS, INC. AND C&M MONROE FAMILY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES COASTKEEPER, a non-profit corporation, doing business as SANTA MONICA BAYKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>C&M METALS, INC., a California corporation, GLORY RECYCLING, INC., a California corporation, C&M MONROE FAMILY LLC, a California limited liability company,<br><br>Defendants. | Case No.: CV-12-04799 DDP (FMOx)<br><br>Hon. Dean D. Pregerson<br><br>**ORDER TO DISMISS THE CASE IN ITS ENTIRETY WITH PREJUDICE AND TO TERMINATE THE CONSENT DECREE** |

Based on the stipulation entered into by and between Plaintiff Los Angeles Waterkeeper, d.b.a. Santa Monica Baykeeper[1] (hereinafter "Waterkeeper") and C&M Metals, Inc., a California corporation and C&M Monroe Family, LLC, a California limited liability company (collectively referred to herein as the "Parties") through their respective attorneys of record, and good cause appearing:

IT IS HEREBY ORDERED that this case in its entirety is dismissed with prejudice.

IT IS HEREBY ORDERED that the Consent Decree in this case is hereby terminated.

Date: June 13, 2023

_____
The Honorable Dean D. Pregerson
United States District Judge

---

[1] Plaintiff Los Angeles Coastkeeper, d.b.a. Santa Monica Baykeeper, officially changed its name to Los Angeles Waterkeeper on July 25, 2012. Los Angeles Coastkeeper and Santa Monica Baykeeper are fictitious business names of Los Angeles Waterkeeper, duly registered with the Los Angeles County Clerk.